UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MODUMETAL, INC., | CASE NO. C17-0185-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HIRTENBERGER ENGINEERED SURFACES GMBH, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay proceedings pending resolution in arbitration (Dkt. No. 13). This motion is GRANTED. This action shall be STAYED pending resolution of arbitration. The Court retains jurisdiction in order that the parties may proceed in this Court as appropriate under the Federal Arbitration Act at the conclusion of the arbitration.

The Clerk is DIRECTED to statistically close this case.

//

//

//

1       DATED this 14th day of April 2017.

                                      William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk